1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SFPP RIGHT-OF-WAY CLAIMS | No. SACV 15-0718 JVS (DFMx) |
| | The Honorable James V. Selna |
| | Courtroom 10C-Santa Ana |
| MONICA RODRIGUEZ ELPIDIO and MARIA J. BARAHONA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY; SFPP, L.P. (formerly known as SANTA FE PACIFIC PIPELINES, INC.); KINDER MORGAN OPERATING L.P. "D"; and KINDER MORGAN G.P., INC.,<br><br>Defendants. | **No. CV 15-7492 JVS (DFMx)**<br><br>The Honorable James V. Selna<br><br>Courtroom 10C-Santa Ana |

**ORDER CONSOLIDATING RELATED CASES**

1  Having considered the parties' stipulation, and good cause appearing, the Court
2  approves the stipulation and orders that:
3      1. *Elpidio v. Union Pacific Railroad Co.*, No. CV 15-7492 JVS (DFMx), shall be
4  consolidated into *In re SFPP Right-of-Way Claims*, No. SACV 15-0718 JVS (DFMx); and
5      2. All subsequent filings shall be made in No. SACV 15-0718 JVS (DFMx).
6  IT IS SO ORDERED. The Clerk's Office shall ensure that the parties and
7  counsel in the CV 15-07492 are listed appropriately on the SACV 15-00718 JVS docket.
8  
9  Dated: October 14, 2015

                                        The Honorable James V. Selna
                                        United States District Judge